AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>BOWEN, DUDLEY H | 2. Court or Organization<br><br>SOUTHERN DISTRICT OF GEORGIA | 3. Date of Report<br><br>07/11/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US DISTRICT COURT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>UNITED STATES COURTHOUSE<br>P O BOX 2106<br>AUGUSTA, GEORGIA 30903 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. DIRECTOR | FEDERAL JUDGES ASSOCIATION, ██████████ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 JUL 21 A 11:46 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 06/23/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FEDERAL JUDGES ASSOCIATION | 05/07/07 | Washington, DC | Board of Directors Mtg. | Airfare, Meals, Local Transp, Tips |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 06/23/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 06/23/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CHARLES SCHWAB IRA #1 | | | | | | | | | |
| 2. Best Buy | A | Dividend | K | T | Buy | 03/20 | K | | |
| 3. MBIA, Inc | A | Dividend | K | T | Buy | 03/20 | K | | |
| 4. Intuit, Inc | A | Dividend | K | T | Buy | 04/05 | K | | |
| 5. Harley Davison | A | Dividend | | | Buy | 04/05 | K | | |
| 6. Harley Davison | A | Dividend | | | Sell | 11/30 | K | A | |
| 7. Merrill Lynch | A | Dividend | | | Buy | 04/13 | K | | |
| 8. Merrill Lynch | A | Dividend | | | Sell | 09/07 | K | C | |
| 9. Emerson Electric | A | Dividend | K | T | Buy | 04/20 | K | | |
| 10. Zimmer Holdings | A | Dividend | | | Buy | 06/08 | K | | |
| 11. Zimmer Holdings | A | Dividend | | | Sell | 11/30 | K | A | |
| 12. Coventry Hlth Care | A | Dividend | K | T | Buy | 08/08 | K | | |
| 13. FISERV, Inc | A | Dividend | K | T | Buy | 08/08 | K | | |
| 14. Thor Industries, Inc | A | Dividend | K | T | Buy | 11/30 | K | | |
| 15. McGraw Hill Cos | A | Dividend | K | T | Buy | 11/30 | K | | |
| 16. Marathon Oil | A | Dividend | K | T | Buy | 11/30 | K | | |
| 17. AMERITRADE ACCOUNT | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 06/23/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WAHLCO ENVIRO SYSTEMS COM STK | A | Dividend | J | T | | | | | |
| 19. Merrill Lynch Pfd | A | Dividend | J | T | Buy | 09/07 | J | | |
| 20. Pengrowth Energy | A | Dividend | K | T | Buy | 08/28 | K | | |
| 21. RMK Advantage Inc Fund | A | Dividend | J | T | Buy | 08/30 | J | | |
| 22. AMERITRADE CASH ACCOUNT | A | Interest | J | T | | | | | |
| 23. CISCO SYSTEMS, INC. COM STK | A | Dividend | | | Sell | 12/31 | J | A | |
| 24. CHARLES SCHWAB ACCOUNT | | | | | | | | | |
| 25. BUILDERS DESIGNS INC COM STK | | None | J | T | | | | | |
| 26. AMER ON LINE COM STK | A | Dividend | J | T | | | | | |
| 27. CIT GROUP COM STK | A | Dividend | J | T | | | | | |
| 28. INTEL COM STK | A | Dividend | K | T | | | | | |
| 29. ABN AMRO/VERDUS AGG GWTH FUND | A | Dividend | L | T | | | | | |
| 30. EXXON MOBIL COM STK | A | Dividend | K | T | | | | | |
| 31. DUPONT E I DE NEMOUR & CO COM' STK | A | Dividend | J | T | | | | | |
| 32. GENERAL ELECTRIC COM STK | A | Dividend | J | T | | | | | |
| 33. WACHOVIA CORP NEW COM STK | A | Dividend | J | T | | | | | |
| 34. Dreyfus Hi Yld Strategy Fund | A | Dividend | J | T | Buy | 08/02 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 06/23/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. RMK Adv Income Fund | A | Dividend | | | Buy | 08/03 | J | | |
| 36. RMK Adv Income Fund | A | Dividend | | | Sell | 12/28 | J | A | |
| 37. Pengrowth Energy Tr | B | Dividend | K | T | Buy | 08/03 | K | | |
| 38. Credit Suisse Hi Yld | A | Dividend | J | T | Buy | 08/06 | J | | |
| 39. Charles Schwab Money Market | B | Dividend | J | T | | | | | |
| 40. OTHER INV/TRUSTS | | | | | | | | | |
| 41. ABN AMRO VERDX MCGFX FUNDS (ALLEGHANY) | D | Dividend | M | T | | | | | |
| 42. E I DUPONT - DRIP | A | Dividend | J | T | | | | | |
| 43. GA BK & TR MONEY MKT ACCOUNT | B | Interest | L | T | | | | | |
| 44. GA BK & TR SVG ACCT. | A | Interest | J | T | | | | | |
| 45. TIAA-CREF MUTUAL FUND | A | Dividend | L | T | | | | | |
| 46. CSRA FED CR UNION | A | Interest | J | T | | | | | |
| 47. TRUST PROMISSORY NOTE | | None | K | T | | | | | |
| 48. REAL PROPERTY, MCCORMICK CNTY, SC | D | Distribution | J | W | | | | | |
| 49. REAL PROPERTY, MCDOWELL CNTY, NC | | None | | | Sell | 12/03 | M | G | |
| 50. ZUMBOWAU, INC. | | None | M | T | | | | | |
| 51. BARCLAYS MONEY MKT ACCOUNT | B | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 06/23/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ATLANTIC AMER COM STK | | None | J | T | | | | | |
| 53. REGIONS BANK SAVINGS ACCOUNT | A | Interest | J | T | | | | | |
| 54. IJL WACHOVIA IRA #2 | | | | | | | | | |
| 55. SBN AMRO/VERDUS AGG GWTH FUND (ALLEGHANY) | A | Dividend | | | Sell | 03/15 | J | B | |
| 56. IDII STOCK | A | Dividend | J | T | | | | | |
| 57. JANUS ENTERP FUND | A | Dividend | | | Sell | 03/15 | J | C | |
| 58. WACHOVIA CORP NEW FORMERLY FIRST UNION | A | Dividend | J | T | | | | | |
| 59. SCHWAB 1000 FUND | A | Dividend | | | Sell | SELL | K | C | |
| 60. Merrill Lynch Pfd | A | Dividend | K | T | Buy | 09/07 | K | | |
| 61. Vanguard Gwth Fd | A | Dividend | K | T | Buy | 11/30 | K | | |
| 62. CHARLES SCHWAB FOPRMERTLY T ROWE PRICE SCIENCE AND TECH | | | | | | | | | |
| 63. MOTOROLA | A | Dividend | J | T | | | | | |
| 64. LUCENT | A | Dividend | J | T | | | | | |
| 65. XEROX | A | Dividend | J | T | | | | | |
| 66. GENERAL MOTORS | A | Dividend | J | T | | | | | |
| 67. SCHWAB MONEY MKT ACCOUNT | A | Interest | J | T | | | | | |
| 68. NOVARE CAP MGT ACCOUNT | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 06/23/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. KINDER MORGAN INC (KMI) | A | Distribution | K | T | | | | | |
| 70. KINDER MORGAN INC | A | Distribution | J | T | | | | | |
| 71. PLAINS ALL AMER PIPELINE (PAA) | A | Distribution | K | T | | | | | |
| 72. TEPPCO PTNERS (TPP) | A | Distribution | K | T | | | | | |
| 73. SUNNOCO LOGISTICS (SXL) | A | Distribution | K | T | | | | | |
| 74. SUBURBAN PROPANE (SPH) | A | Distribution | K | T | | | | | |
| 75. MAGELLAN MIDSTREAM PTNERS | A | Distribution | K | T | | | | | |
| 76. MAGELLAN MIDSTREAM PTNERS | A | Distribution | J | T | | | | | |
| 77. NORTHERN BORDERS PTNERS (NBP) | A | Distribution | K | T | | | | | |
| 78. NORTHERN BORDERS PTNERS (NBP) | A | Distribution | J | T | | | | | |
| 79. FERRELL GAS PTNERS (FGP) | A | Distribution | K | T | | | | | |
| 80. KINDER MORGAN PARTNERS (KMP) | A | Distribution | K | T | | | | | |
| 81. ENBRIDGE ENERGY (EEP) | A | Distribution | K | T | | | | | |
| 82. ENBRIDGE ENERGY (EEP) | A | Distribution | J | T | | | | | |
| 83. ENTERPRISE PROD PTNERS (EPD) | A | Distribution | K | T | | | | | |
| 84. ENTERPRISE PROC PTNERS (EPD) | A | Distribution | J | T | | | | | |
| 85. ENERGY TRANSFER EQUITY (ETE) | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 06/23/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. CDW Corp | A | Dividend | | | Buy | 03/20 | K | | |
| 87. CDW Corp | A | Dividend | | | Sell | 08/28 | K | D | |
| 88. Archer Daniel Midland | B | Dividend | K | T | Buy | 05-01 | K | | |
| 89. Mylan Laboratories Inc | A | Dividend | | | Buy | 05/16 | K | | |
| 90. Mylan Laboratories Inc | A | Dividend | | | Sell | 12/27 | K | A | |
| 91. Plum Creek Timber LLC | A | Dividend | K | T | Buy | 05/16 | K | | |
| 92. Realty Income Corp REIT | B | Dividend | K | T | Buy | 06/08 | K | | |
| 93. Global Payments Inc | B | Dividend | K | T | Buy | 08/28 | K | | |
| 94. Halliburton Holdings Inc | B | Dividend | K | T | Buy | 12/27 | K | | |
| 95. Trust  Charles Schwab | | | | | | | | | |
| 96. Fedx Corp | B | Dividend | K | T | Buy | 03/20 | K | | |
| 97. Lincare Holdings | A | Dividend | | | Buy | 03/20 | K | | |
| 98. Lincare Holdings | A | Dividend | | | Sell | 12/27 | K | A | |
| 99. Bank of America | B | Dividend | K | T | Buy | 03/20 | K | | |
| 100. Johnson & Johnson | B | Dividend | K | T | Buy | 04/13 | K | | |
| 101. Lowes Companies | B | Dividend | K | T | Buy | 04/25 | K | | |
| 102. Willis Group Holdings | A | Dividend | K | T | Buy | 04/25 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 06/23/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Commercial Metals | A | Dividend | J | T | Buy | 08/28 | J | | |
| 104. Mylan Inc | B | Dividend | K | T | Buy | 12/27 | K | | |
| 105. Charles Schwab IRA #3 Rollover | | | | | | | | | |
| 106. ING Bal Fund Cl A | A | Dividend | | | Buy | 01/01 | J | | |
| 107. ING Bal Fund Cl A | A | Dividend | | | Sell | 03/09 | J | A | |
| 108. Amer Fund Intnl Bd | A | Dividend | | | Buy | 01/01 | J | | |
| 109. Amer Fund Intnl Bd | A | Dividend | | | Sell | 03/16 | J | A | |
| 110. Amer Fund Fundamental Inv | A | Dividend | | | Buy | 01/01 | J | | |
| 111. Amer Fund Fundamental Inv | A | Dividend | | | Sell | 03/16 | J | A | |
| 112. Schwab Adv Cash Reserve | A | Dividend | K | T | Buy | 03/19 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 06/23/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII. Investments and Trusts

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 06/23/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et.seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

. FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544